WILLIAMS *v.* WILLIAMS and Another.

The proceedings upon a guardian's petition for the sale of real estate of his ward are *ex parte* in their character, and hence a suit will not lie by the ward to review a judgment rendered therein.

APPEAL from the *Johnson* Common Pleas.

. *Per Curiam.*—"The proceedings upon a guardian's petition for the sale of the real estate of his ward are *exparte* in their character, and hence a suit will not lie by the ward to review a judgment rendered therein." *Davidson* v. *Lindsay*, 16 Ind. 186.

The judgment below is reversed with costs, and the cause remanded.

*S. P. Oyler*, *D. W. Howe* and *J. H. Williams*, for the appellant.

*G. M. Overstreet* and *A. B. Hunter*, for the appellee.